# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK : TRIAL TERM PART 59

- - - - - - - - - - - - - - - - - - - -x

THE PEOPLE OF THE STATE OF NEW YORK,

        -against-

                                        Indictment No.:
                                        4762/89

KHAREY WISE, ANTRON McCRAY, STEVEN LOPEZ,
RAYMOND SANTANA, KEVIN RICHARDSON,
YUSEF SALAAM and MICHAEL BRISCOE,

                      Defendants

- - - - - - - - - - - - - - - - - - - -x

THOMAS B. GALLIGAN, J.:

        Defendants Lopez, Wise, Richardson, McCray, Salaam, and

Santana have been indicted and charged with attempted murder in

the second degree (Penal Law §§ 110/125.25[1]), Count One; rape i

the first degree (Penal Law § 130.35[1], Count Two; sodomy in the

first degree (Penal Law § 130.50[1], Count Three; sexual abuse in

the first degree (Penal Law § 130.65[1], Count Four; assault in

the first degree (Penal Law § 120.10[1] and [3], Counts Five and

Six; robbery in the first degree (Penal Law § 160.15[3], Count

Seven; robbery in the second degree (Penal Law § 160.10[1] and

[2][a], Counts Eight and Nine; assault in the second degree (Penal

Law § 120.05 [2] and [6], Counts Ten, Eleven and Twelve; and riot

in the first degree (Penal Law § 240.06), Count Thirteen.

        Defendant Briscoe is charged only with counts twelve and

thirteen.

        Pursuant to omnibus motions filed on behalf of the

defendants, this court directed <u>Huntley</u> and <u>Dunaway</u> hearings be

held as to each defendant and that a <u>Mapp</u> hearing be held as to

defendants McCray, Wise, Briscoe, Salaam, and Lopez.

These hearings commenced on October 10, 1989 and concluded November 29, 1989. The People called a total of twenty-nine witnesses on their direct case: Paula DeGregorio, Clayton Frazier, Andrew Novick and George Hansen, technicians from the New York County District Attorney's Office; Mary Ann Cramer, an employee of the New York City Department of Parks and Recreation; Nora Freeman, Law Assistant for the Administrative Judge of the Family Court of the City of New York; Police Officers Raymond Alvarez, John McNamara, Mark Carlson, Eric Reynolds, Robert Powers, Ivelisse Flores, Sergeant Anthony Michalek, Lieutenant Justin Peters, Detectives Jose Rosario, Carlos Gonzalez, Henry Fieldsa, Harry Hildebrandt, John Taglioni, Michael Sheehan, John Freck, John Hartigan, Thomas McKenna, William Kelly, Robert Nugent, Humberto Arroyo, Joseph Neenan, Victor Cornetta, and Assistant District Attorney Linda Fairstein. On rebuttal, the People called Detective Scott Jaffer and recalled Detectives McKenna and Taglioni and ADA Fairstein.

The defendant Steven Lopez called Detective Hartigan and his father, Edelmiro Lopez; Kharey Wise and his mother, Delores Wise, testified in his behalf, as did Detective Hartigan; Kevin Richardson called his mother, Gracie Cuffee, and his sister, Angela Cuffee. Yusef Salaam, his sister, Aisha Salaam, Marilyn Hatcher, his mother's aunt and cousin, Vincent I. Jones, David Nocenti, and Sharonne Salaam, defendant's mother, testified in his behalf. Raymond Santana's grandmother, Natividad Colon, and his father, Raymond Santana, Sr., testified in his behalf.

I make the following findings of fact:

At approximately 9:03 p.m. on the evening of April 19, 1989, Police Officer Raymond Alvarez, of the 23rd Precinct, was assigned to deliver mail to the 24th Precinct. His route, by radio car, brought him to the entrance to Central Park at 106th Street and Fifth Avenue. There, Officer Alvarez observed a group of approximately ten black and Hispanic males aged fourteen to sixteen. As he entered the park, he observed that the group was much larger and consisted of approximately thirty male black and Hispanic youths.

Upon Alvarez's approach, the youths ran south and then southeast. Officer Alvarez shone his spotlight on them as they ran.

Officer Alvarez continued through Central Park, exiting on 106th Street and Central Park West, and drove west to the 24th Precinct. He did not see the youths again before leaving the park.

He stayed at the 24th Precinct for fifteen to twenty minutes and left at approximately 9:23 p.m., and reentered the park at 100th Street and Central Park West. He followed an asphalt bicycle path, proceeding east. When Officer Alvarez was just north of a baseball field located at "North Meadow," his car was approached by a male Hispanic, approximately forty-five years old, who was bleeding from the head. The male told him that less than five minutes before, he had been assaulted at 102nd Street and the East Drive by from five to seven young male black and

3

Hispanic youths.  He indicated that they had repeatedly punched him; hit him in the head, possibly with a rock, and tried to remove property from his pockets.

Officer Alvarez took the individual into his radio car, and, at approximately 9:30 p.m., he reported the incident on the radio.  They then continued to drive along the bicycle path, travelling east toward 102nd Street and the East Drive, in search of the perpetrators of the assault.

While on the East Drive, at about 9:30 or 9:40 p.m., Officer Alvarez encountered a male on a bicycle.  Alvarez asked him if he had seen a large group of youths and he answered that he had and that they had tried to hit him.  The bicyclist described them as being mostly black and Hispanic youths and said he had last seen them north of the 102nd Street Cross Drive on the East Drive.  At that time, Officer Alvarez put their description over the radio.

Officer Alvarez then left the man on the bike and continued driving through the park with the injured man. While doing so, he received three calls over his radio regarding a disorderly group in the park.  He then received a message from another unit to proceed to a playground at 100th Street near Central Park West to view possible suspects.  They drove to that location and at about 9:40 or 9:45 p.m., the man whom Officer Alvarez had brought was asked to view four or five youths who had been taken into custody.  He did so but could not make any identi

4

fications.  At approximately 10:05 p.m., Officer Alvarez and the injured man left the park.

Prior to leaving the playground, Officer Alvarez spoke to Police Officer Eric Reynolds and told him that he had seen a group of youths who had run when they saw the radio car.  He also informed Officer Reynolds that the group consisted of between seven to ten male black and Hispanic teens and that they had been spotted on the east side, inside the park.

Officer Reynolds and his partner, Police Officer Robert Powers, had responded to the playground location in their capacit as members of the Central Park Anti-Crime Unit.  They were not in uniform and were patrolling the park that evening in a green Park Department van.

While driving north on Central Park West at approxim- ately 9:30 p.m., they received a radio transmission that seven or eight disorderly male blacks were in the park harassing people. They proceeded to the north end of the park.  They entered and continued to the vicinity of 102nd Street, taking roadways and paths, and canvassing from west to east in search of the people described in the radio run.

When they arrived at the East Drive in the area of 102n Street, Reynolds initially saw nothing. Then he recognized other police vehicles, including Central Park police vehicles and cars from the 23rd Precinct and from the Manhattan North Task Force. Reynolds asked some of the officers at the scene if they had seen anything and they told him they had not.

5

Officers Reynolds and Powers received a second radio transmission at 9:45 p.m., to the effect that approximately 20-3 male blacks were harassing and assaulting people in the park. They began to further canvass the north end of the park above 96t. Street, concentrating on the pathways and dark areas. They saw : one.

While engaged in this canvass, they received a third radio communication which informed them that Sergeant Laile of ti Anti-Crime Unit had a group of possible suspects at the playgrou: at 100th Street and the West Drive.

Officer Reynolds and his partner responded to the playground, arriving between 9:45 and 10:00 p.m. They did nct stay long at that location, and, after Officer Reynolds spoke to Officer Alvarez, they left to continue canvassing in the north en of the park, concentrating, as before, on the trails and inaccessible areas of the park. They were at the East Drive and 102nd Street when they received a fourth radio communication. In this communication, Sergeant Laile reported that a male jogger ha: been found at 96th Street and the West Drive off the reservoir, beaten and bleeding profusely from the head. This communicatic. indicated further that a group of male Hispanics and blacks had assaulted the jogger and that they had fled north.

Visible to Officer Reynolds at that time were the headlights of police vehicles north of them and of other police vehicles canvassing east to west across the varied ballfields in

6

the north end of the park.  At that point, Officer Reynolds made a decision to leave the park at 100th Street and to continue the search outside the park.  The time was approximately 10:10 p.m.

Officer Ivelisse Flores had been assigned that evening in uniform, in a marked scooter, to cover a robbery post from 75th Street to 79th Street on the West Drive.  She was with Sergeant Carabetta on the West Drive between 72nd and 73rd Streets when a report came over her portable radio concerning a disorderly group of thirty to forty male blacks in the vicinity of 102nd or 103rd Street on the East Side.  Upon receipt of that information, Sergeant Carabetta left Flores.  Officer Flores then received a second radio transmission regarding a disorderly group in the vicinity of 102nd Street.  She drove northbound on the West Drive towards 102nd Street.

Officer Flores had gone only one block when two people on a tandem bicycle stopped her.  They told her that there were forty young male blacks breaking bottles and drinking, and that they had unsuccessfully attempted to grab the female on the bike at 102nd Street by the West Drive.  They also told her that they had put a call through to the Central Park Precinct station house

Officer Flores left them and continued northbound to 102nd Street.  When she reached the area of the 102nd Street Cross Drive, she spotted a fire slightly to the north and on the east side of the road.  She stopped at the fire and there encountered other police officers, including John McNamara and Mark Carlson.

7

Officer Flores stayed at the fire for approximately twenty minutes and then received another radio communication to the effect that the group had been seen on the west side of the reservoir. At that point, she left the fire and drove south on the West Drive, turning back towards the reservoir. When she reached 94th or 95th Street, she was informed by radio that there was nothing at the reservoir, so she again proceeded north. At about 95th or 96th Street, Officer Flores asked an elderly male if he had seen anyone coming out of the park. He answered, "Yes" and said "They left the park." He also pointed in the direction of Central Park West. At this point, Officer Flores heard a radio call by Officer Powers. She asked over the radio, "Bobby, what do you have?", but got no answer, and so she kept on driving north.

As she reached the 100th Street exit in the park from the West Drive, Officer Flores saw Reynolds and Powers' Park Department van exiting the park. She watched as the van drove south on the West Drive and made a right turn onto 100th Street. Flores drove right behind them trying to get their attention.

Reynolds and Powers, having exited the park, were driving north on the east side of Central Park West between 101st and 102nd Streets when they observed a group of between ten and fifteen, and perhaps as many as twenty male black and Hispanic teenagers on the west side of the street. They drove north to get a better view of the youths. The group was "walking together" and moving at a "brisk pace". It was an "homogenized" and "densely" configured group, walking northbound. Together, the group took up one fourth of the block.

The youths came to a stop and some of them began to point toward the Parks Department van. At that moment, Officer Flores, driving her marked scooter, came into Reynolds's view on the right side of the van.

Officer Powers turned left on Central Park West at 102nd Street with Officer Flores driving next to them. When they made the turn, Officer Powers brought the van to a stop on the southwest corner of 102nd Street and Central Park West. Officer Reynolds, wearing a Police Department windbreaker marked "52nd Precinct" and with his badge visible on a chain around his neck, exited the van with Officer Powers. Powers stated to the group, "Stop, Police." With the exception of two individuals the youths started running in all directions. Officer Flores made a quick turn on her scooter and followed them.

Officer Reynolds and Powers then approached the two individuals who had not fled, defendants Steven Lopez and Raymond Santana. The officers' guns were not drawn. They placed the two individuals against a wall and patted down their clothing for weapons. None were found.

Lopez denied having been with the group stating, "We weren't with the group. We weren't with those guys. We didn't do anything." Raymond Santana added, "Yeah, they were going to jump us." Both Lopez and Santana were wide-eyed and appeared shocked.

Officer Powers then joined Officer Flores in pursuit of the fleeing individuals. Officer Reynolds remained behind with Lopez and Santana.

Officer Flores saw two or three others run in an eastbound direction toward the baseball fields. She followed and could see them hiding from tree to tree. Officer Powers also saw two youths running east. She and Powers ran side by side after them and Officer Powers broadcast their pursuit. The youths they were chasing crossed the West Drive and ran into an area of the park containing ball fields.

By then, Officer Powers pulled ahead of Officer Flores and reached one of the youths, Kevin Richardson. He tried to tackle Richardson at a ballfield northwest of "North Meadows" and got his hand around his neck, catching him in the right side of the face and they both fell. Officer Powers then turned Richardson around and handcuffed him.

By then, additional police had joined Officers Powers and Flores in the chase through the park. Police Officer Hennigan was with Officer Powers. Officer Kozmalski who had been on a scooter, apprehended a youth named Clarence Thomas and placed him in handcuffs.

After briefly checking the ballfield and finding no other suspects, the police radioed for an additional unit. Sergeant Carabetta and Officer Sullivan responded to the North Meadow in a radio motor patrol car, and Richardson and Thomas were placed in the back seat with Officer Powers.

En route to 100th Street and Central Park West Clarence Thomas began to cry. Without being questioned, he stated, "I know who did the murder. I know who did the murder. I know where he lives and I'll tell you his name." Richardson said that

he also knew who did it and would tell them too. Then Thomas
said that it was Antron McCray and that he lived at a particular
address on 111th Street. Kevin Richardson concurred saying,
"Yeah. That's who did it." Officer Powers believed they were
talking about John Loughlin, the male jogger assaulted at 96th
Street. Thomas also stated that he knew that the pipe that was
used had been left at 97th Street and Central Park West, near the
projects.

When they arrived at 100th Street and Central Park
West, they met Officer Powers' sergeant, Sergeant Laile, and
other officers. Officer Powers got out of the patrol car and
informed Sergeant Laile of the statements by Richardson and
Thomas.

Officer Powers stayed at 100th Street for approximately
ten minutes and then went to rejoin Officer Reynolds at 102nd
Street because Powers had the keys to the Parks Department van.

Officer Reynolds had meanwhile radioed for assistance
while waiting alone with Santana and Lopez. Sergeant Wheeler and
Police Officer Morales responded and Lopez and Santana were
placed in their car. When Officer Powers returned, he and
Reynolds drove the van back to 100th Street and Central Park West
to confer with their sergeant. Lopez and Santana were taken to
that location in Sergeant Wheeler's car.

At the northeast corner of the intersection of 100th
Street and Central Park West, Officers Powers and Reynolds met
with Sergeants Laile, and Wheeler, Officer Hennigan, and other
police. Lopez and Santana were there in the custody of Sergeant

Wheeler; Kevin Richardson, Lamont McCall and Clarence Thomas were in the custody of other officers.  Sergeant Laile and Officer Powers informed Officer Reynolds that Richardson and Thomas had made statements placing themselves at the attack on John Loughlin.  Their discussion lasted about fifteen minutes and included the possibility of conducting a showup with Mr. Loughlin.  However, such a showup was not feasible because of the severity of the injuries to Loughlin's eye.  While the officers were conferring, either Thomas or Richardson stated to Powers with, respect to Santana and Lopez in the other car, that "they were with us in the park".

Powers and Reynolds then drove the van back to the Central Park Precinct.  The drive took about five minutes and they arrived at around 11:00 p.m.  The five individuals in custody were brought before the desk at approximately 11:06 p.m.  Officer Reynolds gave the officer at the desk the names, addresses, and ages of the defendants so that they could be entered into the blotter.  This procedure took approximately ten minutes, after which the defendants were brought to the precinct juvenile room.[1]  There, the defendants' handcuffs were removed.

---

[1] Pursuant to section 205.20 of the Uniform  Rules of the Family Court, the Administrative Judge for the Family Court within the City of New York, arranges for the inspection and recommendation to the Chief Administrator of the Courts the rooms suitable for questioning of children pursuant to section 305.2 of the Family Court Act.

On April 19, 1989, the Community Affairs Room in the Central Park Precinct; Room 107 in the 20th Precinct, and Room 101 in the 24th Precinct, had been so designated.

Effective May 19, 1989, Room 125 in the 20th Precinct was so designated.

Officer Reynolds then began to process the paper work incident to the defendants' arrests. He did so in the same room as the defendants. While Officer Reynolds worked, defendants Lopez, Santana and Richardson talked among themselves. None of the defendants were crying but they did indicate a desire to go home.

Concomitantly, Officer Powers, in the anti-crime office, began making telephone notification to the defendants' families. He informed them of the defendants' arrest for assault and gave them the location and phone number of the precinct. By 11:30 p.m., Officer Powers had completed his series of phone calls to the defendants' families. He then went into the juvenile room and began to assist Reynolds with his paperwork. He did so by taking "pedigree" information from each of the defendants.

Approximately ten minutes into this process, Officer Powers made a statement to the group of defendants to the effect that they "shouldn't be out here beating up on people. You should be out with your girlfriend." Raymond Santana looked at Steven Lopez, smiled and stated, "I already got mines" and they both laughed.

Later, Steven Lopez asked Officer Powers how many people were in the group when we saw them. Powers responded "approximately 15" and Lopez said "fifteen? And you only caught three." Powers stated "It looks like we caught five" and Lopez said "No way. We weren't with these guys" and Santana said, "Yeah, I never saw these guys before."

14

The defendants' parents began to arrive at the precinct at around midnight. The first to arrive was Kevin Richardson's mother, Gracie Cuffee. She opened the door to the juvenile room and came in to indicate to Reynolds her presence and identity. Richardson was awake and seated in the back of the room. Officer Reynolds got up and asked Mrs. Cuffee to have a seat outside in the clerical area.

Other parents began to arrive shortly thereafter. As they arrived, either Officer Powers would inform Reynolds of their presence, or the parents themselves would "stick their head in the door" to tell him they were there "looking for their son".

During this time frame Antron McCray, a fifteen year old, and his mother came to the precinct. They had not been called. McCray went into the juvenile room and spoke to Clarence Thomas. Officer Powers asked him his name and McCray responded. Then, in the presence of Mrs. McCray, Officer Powers asked him if he had been with the others earlier that night. McCray answered "Yes," but that he had run when the police chased them. Officer Powers said, "Look me in the eye and tell me the truth; did you beat anybody tonight?" McCray looked away and said, "No." McCray was not arrested at that time and was permitted to leave the precinct.

At approximately 12:35 a.m. -- after waiting for about half an hour -- Mrs. Cuffee asked an officer the reason for the delay and was told they were waiting for Raymond Santana's

15

father.  Twenty or thirty minutes later she told an officer she
was very sick and asked again, how much longer they would have to
wait.

By 1:30 a.m., Mr. Santana had not yet arrived.  Raymond
was the only defendant without a parent present.  Officer Powers
had spoken by phone to Santana's father before 11:30p.m, and he
said he would pick his son up.  Almost two hours later, the elder
Santana had not arrived and Officer Reynolds asked Powers to give
him another call.  Powers called again and this time got no
answer.  Officer Reynolds asked Santana to give them another
relative's name and he was, at first, reluctant but then gave his
sister's name and telephone number.

Officer Reynolds called Santana's sister and spoke to
her at 2:15 a.m.  Reynolds explained the situation to her and
told her that they needed a parent or guardian at the precinct.
She told him that she would come but had to make arrangements for
her young child.  Officer Reynolds gave her directions to the
precinct, his name and phone number.

After the phone call to Raymond Santana's sister,
Officer Reynolds explained to the waiting parents that the police
would do a search for outstanding warrants and that if none were
found, the defendants would be given a Family Court Appearance
Ticket and allowed to leave as soon as Raymond Santana's family
came.  It was necessary to wait for resolution of Santana's
situation because they would all be given the same return date on
their Appearance Ticket.

Although not known to Reynolds and Powers, an unconscious female jogger had been found in Central Park at 1:40 a.m., near the 102nd Street Cross Drive. She had sustained massive injuries.

Santana, at this time, made a statement to Richardson that "They were going to Spofford and that they would all stick together and fuck up anybody who got in their way."

At 2:20 a.m., Detective Jose Rosario was directed by his Night Watch Supervisor, Sergeant Duffy, to go with Detective Gillner to Metropolitan Hospital regarding the female jogger. Detectives Rosario and Gillner arrived at the hospital at 2:45 a.m. They went directly to the Trauma Room. There, seven or eight medical personnel were working feverishly to save her life. She had "severe lacerations, cuts about the face, the head, legs. Her right eye was swollen shut. She was caked in mud [and] blood." She appeared to be comatose and was receiving oxygen. When Detective Rosario asked the medical team about her condition, he was told she was "very, very serious."

The nature and magnitude of her injuries indicated to Detective Rosario that the jogger had put up a struggle and that the assault had likely been perpetrated by more than one individual.

Officers Rubenich and Fortier from the Central Park Precinct were also at the hospital and they told Detective Rosario about the earlier arrests of several young males in

17

connection with the assault on a male jogger in the park. He was told that that incident also had resulted in severe head injuries and that that victim had been attacked with a metal pipe.

'Subsequent to this conversation, Detective Rosario placed a telephone call to the Central Park Precinct, at 2:55 a.m. He spoke to the desk officer and was told they were still waiting for some parents in order to release the youths. Detective Rosario told him to hold the youths; he wanted to talk to them.

Detective Rosario stayed at Metropolitan Hospital for approximately one hour. He then went to the crime scene at Central Park where the female jogger had been found.

At the Central Park precinct, all of the youths except Clarence Thomas were asleep by 3:00 a.m. By 4:00 am Santana's sister had not yet arrived. Officer Reynolds telephoned her again and was told that she would not be picking up her brother. She said, however, that his grandmother could, and she gave Officer Reynolds the phone number for the grandmother. At 4:10 a.m., Officer Reynolds called the grandmother and she agreed to come. Officer Reynolds said he would send a police car. They spoke in English.

A police car was directed from the precinct to the grandmother's residence and returned with her and Raymond Santana, Sr. at some time between 4:30 a.m. and 5:00 a.m. However, the father remained briefly and then went to his job, leaving the grandmother to stay with Raymond Santana Jr.

18

A little after 4:00 a.m., Officer Reynolds had a conversation with Lieutenant McInerney just outside the precinct's Community Affairs Office.   Lieutenant McInerney had been assigned to the Night Watch.   He told Officer Reynolds that a woman's body had been found on 102nd Street inside the park. He asked Officer Reynolds to hold the five defendants because detectives wanted to question them.

About the same time, various parents indicated to Officer Reynolds that they wanted to get something to eat for themselves and for their sons.   Officer Reynolds told them where stores were open on the West Side.   Most, but not all of the adults then left to buy food. When they returned with the food, the five defendants in the juvenile room joined their parents in a waiting room.

At 5:30 a.m., a detective from the Night Watch detail began interviewing the youths one at a time.   The first youth interviewed was Lamont McCall.   This interview was conducted in the juvenile room, in the presence of McCall's mother, Officer Reynolds, and Detectives Farrell and Whelpley.

Detective Farrell conducted the interview.   McCall indicated, in substance, that he went into the park and began assaulting people with a group, including Clarence Thomas, Antron McCray, and two others named Mike - a male, black, aged fourteen to fifteen, and Easy Al.

19

By 6:00 a.m., warrants on each of the defendants had
cleared.  The serial interviewing of defendants in the Juvenile
Room continued.

Clarence Thomas was interviewed after McCall.  Present
were Detectives Whelpley and Farell, Officer Reynolds, Thomas and
his mother.  This interview lasted an hour and a half.  Thomas
told them that the group came into the park at 110th Street
without specific plans for the evening.  They started to assault a
"bum" and then later went up to the reservoir and assaulted a male
jogger with a pipe.  He identified Antron McCray and Lamont McCall
as having been with him.  He said, further, that McCray had
assaulted the jogger and indicated that McCray was a male black,
fourteen to fifteen years old, and that he lived on 111th Street.
When the interviews concluded, Thomas and McCall were given
appearance tickets and released to their mothers.

Detective Carlos Gonzalez, assigned to the Central Park
Detective Squad, arrived at the precinct while the interview of
Clarence Thomas was being conducted.  At approximately 9:00 a.m.,
he was walking through the outer clerical office when Richardson's
mother approached and asked if they could take Kevin

20

next.  Detective Gonzalez told Mrs. Cuffee, "as soon as the
room is empty, you will be next."

At 9:40 a.m., Detectives Gonzalez and O'Sullivan brought
Kevin Richardson, a fourteen-year-old, and his mother into the
juvenile room.  They introduced themselves, and Detective
Gonzalez began the interview by taking pedigree information.
Using a Miranda card, he advised them of their rights, addressing
himself to both Kevin and his mother.  Both answered, "Yes" after
each right.  Detective Gonzalez concluded the warnings by asking
if they were willing to answer questions.  Both mother and son
said, "Yes."  Having obtained waivers, Detective Gonzalez asked
Kevin to tell him what happened the night before.

Richardson spoke freely for about twenty minutes.  He
stated that he and approximately thirty of his friends entered
the park at 8:00 p.m. at 110th Street and Fifth Avenue.  He said
he wanted to beat up some people and that they did beat a male
jogger with a pipe, and he described the person who did the
beating.  Later they all ran off.

While Richardson was talking to Detective Gonzalez,
Detective John Hartigan, assigned to the Manhattan North Homicide
Squad, arrived at the Central Park Precinct.  He and Detective
Jaffer were directed to the juvenile room, and they entered at
about 10:00 a.m.  As Hartigan entered he saw that the side of
Richardson's face was scratched, and he indicated with his hand
to Gonzalez the existence of the scratch.  Detectives Hartigan
and Jaffer stayed in the room for a matter of minutes and then
went outside between the precinct buildings.  Detectives

Gonzalez and O'Sullivan came outside shortly thereafter to advise the other detectives of what was going on.  Mrs. Cuffee came out also.

Jaffer and Hartigan approached Mrs. Cuffee and asked if they could talk.  She agreed.  The detectives told her who they were and why they were there.  They told her that a female had been seriously injured and informed her about the scratch on her son's face.  They also indicated that it was "important" for her son to tell the truth and it would "behoove" him to do so.  Mrs. Cuffee indicated that she wanted the truth as well.

This conversation lasted less than five minutes, after which Detectives Gonzalez and O'Sullivan and Mrs. Cuffee went back into the juvenile room where Detective Gonzalez resumed his inquiries of Richardson.

Detectives Jaffer and Arroyo went to Metropolitan Hospital about twenty minutes later, and Detective Hartigan reentered the juvenile room.  Richardson had finished his statement and made no admissions regarding the female jogger. Detective Gonzalez asked Richardson if he had any more information and Richardson answered, "No".  Detective Gonzalez then asked him about the scratch on his face.  Richardson said he had fallen.  Detective Gonzalez responded, in substance, that when he falls he suffers scrapes, not scratches.  Richardson then said that he had suffered the scratch when apprehended by the police.  Detective Gonzalez told Richardson that he was going to phone the officer at home to confirm or refute Richardson's version of events, saying, "If he did scratch you,

no problem. If he didn't scratch you then you would have problems." Detective Gonzalez stood up and started walking towards the door, telling them he was going to make the call. Just as he reached the door, Richardson made a statement admitting he had been scratched by the female jogger, "when we had the fight." Detective Gonzalez returned and said they would begin new questioning and would start from the beginning. The time was 10:10 a.m.

Detective Hartigan took over the interview. Richardson went into more details as to who had been in the park, in what way they participated, and about his fight with the female jogger. He identified some of the people in the park as Al Morris, Chevron Dailey, Lamont, Yerun Bailey Mike and Antron McCray. He gave McCray's address and named Raymond "Bluehat" Santana, Clarence Thomas, Steven Lopez, and Kharey. For Lopez and Kharey, Richardson was also able to give information as to their addresses and apartment numbers.

When Richardson had finished his statement Detective Gonzalez handed him a pad and asked him to put it in writing, in his own words. Mrs. Cuffee said she was tired and asked if her adult daughter, Angela, then at the stationhouse, could take her place.

Detective Gonzalez left the room briefly to check on this with his superiors. Gonzalez returned minutes later to write up a consent form. Mrs. Cuffee signed the form at 11:40 a.m. Detective Gonzalez asked Mrs. Cuffee to advise her daughter that they were conducting an investigation and would Angela extend the same courtesy regarding being cooperative. Angela came in and spoke with her mother for a few minutes. When Angela Cuffee replaced her mother, a detective other than Hartigan read the Miranda rights to Kevin and he nodded affirmatively. Angela was asked if she understood the rights and she said "Yes." Detective Gonzalez left the room with Mrs. Cuffee to request a radio car to transport her home and to inform his supervisor of what was taking place.

Richardson was writing when Detective Gonzalez left and had covered ten to twenty lines. In the presence of Angela he continued to write out a statement of what happened. He was told to take his time and to think about it. After he finished the first page, Detective Hartigan noted that Richardson had neglected to include information about the scratch. He said, "Kevin you're leaving something out now ... is there anything you're ashamed to say because your sister is here?" Richardson said, "You mean the

scratch?" and Hartigan said "Yes." Richardson then included in his written statement reference to the scratch on his face.

After the statement was finished, Detective Hartigan read it out loud to Kevin. Paul Richardson, defendant's father, came into the room after the statement was completed. Detective Hartigan advised him about what was going on and he was informed of Kevin's statement. Mr. Richardson read the statement and he, Angela Cuffee, Kevin and Detectives O'Sullivan and Hartigan signed it.

The interview with Kevin was concluded at, or just after 1:00 p.m. At its conclusion, Detective Hartigan made arrangements to have Kevin Richardson and his family transported to the 20th Precinct.

At 8:00 p.m. on April 20, Detective Henry Fieldsa had Kevin remove all of his clothing and he took fingernail clippings as well. All were marked and turned over to Detective Gonzalez.

Detective Jose Rosario left the crime scene at about 7:00 a.m. and went to the Central Park Precinct where he conferred with and debriefed fellow detectives until 11:30 a.m. At that time he left the precinct with Detectives Whelpley, Farrell, Rivera, Morin and Officer Reynolds to respond to the residences of Clarence Thomas and Antron McCray. They were to ascertain if Thomas and McCray would return to the precinct for further interviews.

They went to the Thomas house first, where they spoke briefly to Clarence and then exited the apartment with Thomas and

his mother.  Detective Rosario asked Clarence where his cousin McCray lived.  Thomas' mother told him that they were not cousins but good friends.  They directed Detective Rosario to the McCray apartment on 111th Street.

At the McCray apartment, Detective Rosario knocked on the door.  Antron McCray's father answered and Rosario asked if he and the other officers could come in.  Mr. McCray agreed and Morin, Rivera and Reynolds joined Rosario in the apartment.  Rosario told McCray that they wanted to talk to Antron and to transport him back to the precinct.  His father said that would be fine. Rosario explained further that Antron was a juvenile and that someone would have to accompany him to the precinct.  At that point, Antron came into the room.  Detective Rosario explained who they were and why they were there.  As Antron prepared to leave with them, Detective Rosario asked him,"Are those the clothes that you had on last night?"  He said, "No."  Both father and son were asked if it would be all right if Antron wore the same clothes as he had the night before.  Antron's father agreed.

Antron put on the clothing he had worn the previous night.  They were caked with mud and dirt.  Antron, his mother and father then left for the precinct with the police.

While en route, Detective Rosario told Antron's parents that they should impress upon Antron that he should tell the truth, no matter how horrible, and that they should also impress on him that they still love him and would still be his parents no matter what he did.

They reached the Central Park Precinct around noon.
Shortly thereafter, Thomas, McCray and their families were taken
by Detective Hildebrandt to the 20th Precinct.

When the interview of Kevin Richardson was completed
about 1:40 p.m. (supra) the interview of Raymond Santana, age
fourteen, began in the juvenile room of the Central Park Precinct.
Present in addition to Santana, were his grandmother, Mrs. Colon,
and Detectives Hartigan, Arroyo and Jaffer.

Detective Arroyo explained in English who the police
were and what they were in the process of doing.  He spoke in
Spanish to Mrs. Colon for a few minutes and she answered in
Spanish.  Detective Arroyo then advised Santana and his
grandmother of his Miranda rights.  After each right, Santana was
asked if he understood and he acknowledged that he did, answering
"Yes" to each question.  The grandmother was asked the same
questions in Spanish and she shook her head and spoke in Spanish
indicating "Yes".

Detective Arroyo then asked Santana if he would tell
them what happened in the park.  In doing so, he repeated the same
question in Spanish to Raymond's grandmother.  Detective Hartigan
interjected, saying that procedure would take "all day."  The
grandmother acknowledged this and said in English, "I understand.
It's okay." Detective Hartigan asked the grandmother, "Do you
understand what I just said?" and she said "Yes."  Raymond Santana
then said to her, in effect, that it was all right and the
detectives proceeded to talk to him.

They asked him to tell them, in his own words, what happened and who he was with, the previous night. Santana provided them with a narrative of the events in the park. In the course of it he identified some of the participants, including Terrence Campbell, Doug, Dave, Jason, Antron, Ramsey, Smith, Jamine, Steve – with whom he had gotten caught – and Mike Briscoe from the Taft Houses. He also mentioned Lamont, Orlando and Kevin McCall.

Santana spoke for an hour. When he was finished Detective Arroyo told him they were going to take a written statement and would ask him to sign it. In committing the statement to writing, they proceeded "step by step" with both Detectives Arroyo and Hartigan participating in the questioning and Arroyo doing the writing.

When the written statement was finished, Detective Arroyo read it back to Santana in English. He then handed it to Raymond and asked him to read it. Santana looked at it, turned the pages and then signed it. Detectives Arroyo and Hartigan also signed it. Mrs. Colon was asked to sign, but, speaking in Spanish, she expressed reservations that it might have an adverse impact on Raymond and declined.

Detective Arroyo then left the juvenile room to go to the Detective Squad, taking the statement with him. The time was 4:40 p.m.

Detective Hartigan was alone in the juvenile room with Raymond and his grandmother when Raymond's father was brought in a

few minutes later. Within five to ten minutes, Detective Arroyo had returned and was introduced to Mr. Santana. The detectives had a conversation with Raymond's father in which they told him that his son had given them an account of his activities in Central Park and had signed a statement pertaining to those activities. The statement was shown to Mr. Santana. They indicated further that they had reason to believe that Raymond was more deeply involved than he had admitted and was not being forthright. Detective Hartigan advised Mr. Santana and Raymond that it "would be to the best of his interest to tell the truth, the whole truth."

Detective Arroyo resumed questioning Raymond about the female jogger. Raymond was less responsive than he had been earlier. After approximately twenty minutes, the detectives asked Mr. Santana if he would like to speak to Raymond. Arroyo and Hartigan moved to the opposite end of the room and Raymond, his father, and grandmother spoke together for a few minutes.

The detectives then resumed their questioning in the presence of Raymond's father and grandmother. Raymond's father also tried to elicit responses from Raymond.

This conversation continued for ten to fifteen minutes when Raymond asked if he could speak to Detective Hartigan alone. Hartigan said he would have to have Raymond's father's permission. He turned to the father and explained that Raymond might have something to say but was either ashamed or embarrassed to do so in front of the father. The detective asked the father "would it be all right if I talked to your son without anybody being present, just him and I." The father agreed.

Mr. Santana, Mrs. Colon, and Detective Arroyo then left the juvenile room, leaving Hartigan and Raymond. Santana told Detective Hartigan that he had been present when the female was attacked. He said he had seen people knock her to the ground and hold her while someone hit her with a brick. He also stated that he had "just grabbed her by the tits."

At that Detective Hartigan stopped him, saying he couldn't tell him these things without a parent present. Hartigan told him not to be ashamed and no matter what was going

30

on he was still going to be their son and they would still love him. He then said to Raymond, "You're going to explain to me, talk to me in front of your father." Raymond said he would.

Detective Arroyo left Mr. Santana and Mrs. Colon to go back to the juvenile room. When he opened the door, Detective Hartigan asked him to get Raymond's father and grandmother.

However, when Detective Arroyo attempted to locate them they could not be found. He searched unsuccessfully for five minutes, after which Hartigan joined him. They searched for five to ten minutes more without success. They went back to the Juvenile room and Detective Arroyo asked Santana if he knew where they had gone. He did not. In fact, Mr. Santana and Mrs. Colon went to a fast food restaurant on 86th Street and 3rd Avenue for hamburgers.

Detective Hartigan then wrote down what Raymond had said to him while they were alone but informed Raymond that he was not going to take a full statement at that time; someone would do that when his father was located. Hartigan wrote the addition on the bottom of the statement Raymond had previously signed. As he wrote, he asked Raymond the names of the people he had seen. When it was written, Detective Hartigan asked Raymond if it was a true statement and if he would sign it. Santana acknowledged that it was true and he signed it. The time was 6:00 p.m. Both Detectives Arroyo and Hartigan also signed the statement at that time.

The interview of Antron McCray commenced at
approximately 3:15 p.m., on April 20th, in Room 125 at the 20th
Precinct.  Present were Detectives McCabe, Hildebrandt and
Gonzalez, and McCray's father and mother.

Hildebrandt introduced himself and the other detectives
to the McCrays and then took some pedigree information.
Following that, he informed Antron that he was going to advise
him of his Miranda rights and that he had to indicate whether he
understood them.  He proceeded to read Antron and his parents the
Miranda rights.  Antron responded by shaking his head and saying
"Yes" to each of the rights.  Both Antron and his father
indicated they were willing to talk.  Hildebrandt then asked
Antron to "start from the beginning and tell us what happened
that night."

Antron said, in substance, that he had gone into the
park with his friend Clarence and about 30 others.  They had
thrown stones at cars; someone had knocked down and beaten "a
bum"; they tried to grab a male and female on a bicycle built for
two but they got away; they grabbed a male jogger near the
reservoir and knocked him to the ground and hit him with a pipe.
After that, he said, the police came; he ran, hid in the mud, and
then went home.

After Antron had spoken for twenty to thirty minutes,
Detectives Hildebrandt, Gonzalez,and McCabe and Mr. McCray stepped
out of the room.  Detective Hildebrandt told Antron's father that
he felt Antron was not telling the truth.   Mr. McCray concurred,
saying, "I agree,I can tell when my son is not telling me the

32

truth."  Hildebrandt suggested that the father go into the room and talk to his son and tell him that the police did not feel he was being completely truthful with them.  Mr. McCray went into the room alone and spoke to his son and his wife.  The detectives joined them several minutes later.  At this point the interview resumed.

Antron McCray continued to talk and repeated essentially the same story.  When he would reach a point in his narrative that would anticipate a discussion about the female jogger he would become visibly nervous, look down and fidget.

Approximately 15 to 20 minutes after resuming the interview, Detectives Hildebrandt and Gonzalez left the room a second time with Mr. McCray.  Hildebrandt asked Mr. McCray if he felt that his son was still holding back, and he said "yes", he felt that "he was keeping something from us."  Hildebrandt asked if Mr. McCray thought that "he is embarrassed talking in there about what happened." Mr. McCray said, "maybe it would be better if my wife wasn't there, that he would tell us what happened."  The detective asked Mr. McCray "if he would want to talk to his wife" and he said "yes".  Detective McCabe was then asked to leave the room so the McCrays could have a private conversation.

After a few minutes, the detectives entered and asked the McCrays what they had decided.  Mr. McCray indicated that his wife was going to leave.  She stood up and Detective Gonzalez escorted her upstairs to the second floor detective room.

33

McCray then told his son to be truthful and that if something had happened to the female jogger, to tell them. With Detective Hildebrandt conducting the interview, McCray went into detail about the rape of the female jogger.

He told them she had been jogging along the reservoir when they came upon her and one of them grabbed her. He related that they had removed her clothing and he identified himself as the third individual who had raped her, stating that while he was "on top" somebody else was holding her down.

After this third statement, Detective Gonzalez went upstairs and brought Mrs. McCray back.

Detective Hildebrandt then reduced the statement to writing. He wrote the details down from memory and then read the statement to Antron and his parents. They made some additions and corrections. Between 5:00 and 5:30 p.m., this process was completed and Antron, his father and mother and Detective Hildebrandt signed the statement.

After the conclusion of the written statement, Detective Hildebrandt informed the McCrays that they would be there for some time and that an Assistant District Attorney was probably going to want to talk to their son and possibly take a video statement. In view of this, he said, they might want to get some food. Approximately ten to fifteen minutes after the statement, Mr. McCray went out to purchase something to eat. He returned with pizza and soda.

At about 6:00 p.m., Antron McCray's clothes were taken and he wore a hospital gown while new clothes were being brought to the precinct.  The McCray's were transported to the 24th Precinct about midnight.

Detective Michael Sheehan arrived at the Central Park Precinct at 4:10 p.m. on April 20, 1989. He was apprised of the status of the investigation into the attack on the female jogger and was asked to assist the uniformed officers in search of a weapon -- a length of pipe. Sheehan left the Central Park Precinct at 4:30 p.m. and made a search of the vicinity of 97th Street and Central Park West. He did not find the pipe and returned to the Central Park Precinct at 5:30 p.m.

Approximately one half hour later, Sheehan met with Detectives Hartigan and Arroyo, who had just left Raymond Santana after he had signed his statement. Detective Hartigan alerted them to the fact that he had taken a statement from Raymond Santana and Santana wanted to add certain things to it but it could not be done until his father was located.

Detective Sheehan was further advised by Sergeant O'Connor that the entire investigation was being shifted to the 20th Precinct where the physical conditions were better.

After speaking to Hartigan and O'Connor, Detective Sheehan was assigned to take Raymond Santana by car to the 20th Precinct. Detectives Jonza and Hall accompanied him. They were also directed to make arrangements to notify Santana's father and get him to the 20th, so that a more complete statement could be taken from Raymond.

They left the Central Park Precinct at 6:00 p.m. Santana sat in the back seat and was not cuffed; Sheehan was driving. On the way to the 20th Precinct the three detectives were discussing the Central Park joggers case and their unsuccessful search for a pipe at the exterior wall at 97th Street

and Central Park West.  Sheehan then told Santana they were going
to make a detour to 97th Street to look for something.

Santana said, "If you're looking for a pipe, the pipe
isn't going to be there, because I know for a fact my friend had
the pipe when I left the park".  He told them that he left the
park with some friends, including Antron, and that Antron had the
pipe and broke bulbs with it at a construction site and that they
were chased by a security guard.

At 97th Street and Central Park West, Detective Hall
made a fast search of the wall, without success.  Detective
Sheehan walked the length of 97th Street on the north side from
Central Park West toward Columbus Avenue with Santana.  There was
a construction site and about every other bulb was broken.
Santana volunteered that he knew where the pipe was and when
Sheehan questioned him he said it was next to a fence at 100th
Street and Columbus Avenue because he saw Antron drop it there.

They drove to that location and Raymond directed their
attention to a fence on the southeast corner.  The three
detectives and Santana looked around the entire area.  While they
searched, Detective Sheehan asked Santana as to the whereabouts of
the weapon and questioned him also regarding details of the
weapon, such as size.  They could not find the pipe and gave up
the search and continued to the 20th Precinct at 82nd Street
between Columbus and Amsterdam Avenues.

On the way, Santana said, "I had nothing to do with the
rape.  All I did was feel the woman's tits."  This was not in
response to any question by the police.

Detectives Sheehan, Jonza, Hall and Raymond Santana arrived at the 20th Precinct between 6:30 and 7:00 p.m. Upon their arrival, they went to the Detective Squad on the second floor. Santana was asked to take a seat at a desk.

When Mr. Santana and his mother returned to the Central Park Precinct, after obtaining food for themselves and Raymond, they were told that Raymond was at the 20th Precinct and were transported to that location by police.

After Raymond was brought to the 20th Precinct, his father and grandmother met with him and gave him some food. The grandmother was tired and hungry and both she and her son returned to her home. Thereafter, Mr. Santana received a telephone call to return to the 20th Precinct, which he did.

Detective Sheehan met Mr. Santana when he arrived at the station house and told him that his son had made a statement earlier and wanted to put additional information into it. Shortly thereafter, they checked on the availability of Room 125, but it was not yet available.

One half hour later the room was available and Detectives Sheehan and Jonza escorted Santana and his father from the second floor detective squad to Room 125 on the first floor. Santana took a seat at the side of a desk with his father seated next to him. Raymond was eating potato chips. The interview began at 10:10 p.m. with Detective Sheehan reintroducing himself and Detective Jonza. He then read Santana his Miranda rights. Addressing both Raymond and his father, he advised them that if they didn't understand something, they could stop him at any time. Both father and son answered "Yes" in response to each right.

After the warnings were read, Detective Sheel Raymond to describe what had happened the night before.  ne indicated that he was interested in knowing whom Raymond had met, where, and when.  He asked Raymond to give him as much detail as possible, saying "I know you spoke to John Hartigan.  You didn't speak to me yet..... Try not to leave anything out.....Don't be embarrassed about anything in front of your father."

Raymond spoke for about an hour.  He was then advised by Detective Sheehan that the detective was going to reduce the statement to writing.  The written statement took approximately fifty minutes and was completed at midnight.  Raymond and Detective Sheehan signed each page as it was finished.  When the statement was completed, Sheehan, Jonza, Raymond, and his father signed it.

Sheehan advised Mr. Santana that representatives from the District Attorney's Office were present in the building and he would be required to sit with his son while Raymond gave a videotaped statement.  Mr. Santana expressed no objections. Detective Sheehan told him that this would happen soon, maybe in an hour or two.

Santana and his father left Room 125 and were taken upstairs to the detectives squad room.

Shortly after Detectives Sheehan and Jonza left the Central Park Precinct with Santana, Steven Lopez, fifteen years old, was brought into the precinct juvenile room for an interview. Present also were Steven, his father Edelmiro Lopez, his mother Magdelena Lopez, Detectives Arroyo and Hartigan.

The detectives began the interview between 6:15 p.m. and 6:30 p.m. with an exchange of introductions and Lopez's parents were advised that, because of Steven's age, their presence was necessary if he was to be questioned. Detective Arroyo explained to Steven that they had reason to believe he had taken part in some of the events in the park the night before and the detectives wanted to get his account of what happened. Lopez responded by acknowledging that he would talk to them. Mr. Lopez, at this time, said that he was tired and would like to get the interview underway.

Detective Arroyo then read the <u>Miranda</u> rights to Steven Lopez and he asked both father and son to respond. The first three rights were read and responded to with a "Yes", by both Steven Lopez and his father. However, as to the fourth -- the right to consult with an attorney and to remain silent until that opportunity -- Steven Lopez replied with a "Yes", but his father asked "Does that mean that I have to have an attorney?". Detective Arroyo told him that if he wanted an attorney, he could have one; the choice was up to him. Detective Arroyo then re-read the right, to which the father said "Yes." Mr. Lopez never asked to have an attorney.

Arroyo then began to ask Steven questions. Lopez said Kevin, Yusef, Antron and Lamont were in the park with him. He provided a description of Yusef, to wit, a male black about 16 or 17, who attended Julia Richmond High School on 66th Street. He also gave Yusef's address. They spoke for about an hour, after which Detective Arroyo committed Lopez's statement to writing.

It took another hour to reduce what Lopez had said to written form.  After it was finished, Detective Arroyo read it back to Steven.  Arroyo asked the father if he wanted to read it and he asked both father and son to sign it.  Steven Lopez, his father, and Detectives Hartigan and Arroyo each signed at 9:00 p.m.  Steven's mother did not sign the statement.

At that point, Steven had not mentioned the attack on the female jogger.  The detectives pursued futher questioning focused on that event.  They spoke for ten minutes more when Mr. Lopez became angry and voiced his disapproval at what he considered repetitive questions.  He stated that his son had answered all of the detectives' questions and he believed his son.  He then told the detectives, "No more questions.  My son will not provide any more answers." The interview ended immediately and the detectives left the room.

Throughout the morning, afternoon, and evening of April 20th, the detectives had been acquiring information from defendants which implicated Yusef Salaam of 1309 Fifth Avenue and a youth named Kharey.  In addition to the quantum of information provided by defendants, there was additional information provided by Al Morris.  Detective McKenna had interviewed Morris between 6:30 and 6:45 p.m. at the 20th Precinct.  Morris told him that Patrick, Kharey, Shevron, Yerun, Rahem, Yusef, Kevin and Dennis had been present in the park on the night of the 19th.  Morris also told Detective McKenna that Yusef Salaam was 16 years old, six feet two, and that he attended Rice High School.

41

Pursuant to this information, Detective John Taglioni was directed by his supervisor at the 20th Precinct to go to the home of Yusef Salaam and ask him if he would come to the station house to answer some questions.

Detective Taglioni went to 1309 5th Avenue with three other detectives, Hall, Freck, and Bier.  In addition to the instructions they had received pertaining to Yusef Salaam, they had been told that if they came across a youth named "Kharey" they should ask him to accompany them as well.  They took two cars and left the precinct at approximately 10:30 p.m.

At 1309 5th Avenue, they went to Apt. 21-H.  One of the detectives knocked on the door and it was answered by Yusef Salaam's sister Aisha and a younger brother Shareef.  His mother was not at home.  They identified themselves as detectives.  Aisha was asked if Yusef lived there, and she said he did but was not at home.  As they spoke, three males came walking down the hall toward the apartment.  They were stopped by the detectives and asked them to identify themselves.

Yusef Salaam identified himself.  Another gave his name as Kharey Wise.  The third individual was Eddie de la Paz.  Salaam was asked his age and he told them sixteen.  Detective Taglioni thought he looked older so he asked Salaam for proof of his age and Salaam showed him a school transit card.  The card reflected a birthdate of 2/27/73.  He then asked Salaam if he would accompany them to the station house to talk about the Central Park incident. He said he would.

Detective Freck asked Wise and Eddie de la Paz if they would come to the station house and speak with them and they agreed. None of the three was searched or handcuffed and the police never had their guns drawn. The detectives took Wise, Salaam, and de la Paz downstairs. As they were leaving, someone informed Aisha Salaam that the precinct was at Columbus Avenue and 82nd Street. Because their aunt, Marilyn Hatcher, lived on Columbus Avenue, Aisha asked her brother Shareef to call the aunt and ask her to go to the precinct.

The detectives drove to the precinct in separate cars. No one was handcuffed in either car. Detectives Taglioni and Hall rode with Salaam. Detectives Bier and Freck rode in the other vehicle with Wise and de la Paz.

There was no conversation with Salaam on the way to the precinct. However, in Freck's car, de la Paz said to Detective Freck, "Well, we weren't with the gang last night. We were with them for awhile. Then we went and got haircuts." Wise also said they had gotten haircuts. Prior to that neither Freck nor Bier had said anything to de la Paz or Wise. Detective Freck then asked the youths how old they were. Wise said sixteen; de la Paz, fifteen.

Salaam, Wise and de la Paz arrived at the 20th Precinct between 10:45 p.m. and 11:00 p.m. and were taken to the 3rd floor Sex Crimes Office. Detective Taglioni sat with Salaam and waited for another detective to come to do an interview. He had no conversation with Salaam. Yusef was not handcuffed.

43

Sharonne Salaam, Yusef's mother, arrived home from the Parson's School of Design at about 10:45 p.m.  She was told by her daughter that the police had taken Yusef to a precinct at 82nd Street between Columbus and Amsterdam Avenues.  Ms. Salaam prepared to go to the precinct, but prior to leaving she received a call from Marilyn Hatcher who said she was going to the precinct.  At 11:05 p.m. David Nocenti, an Assistant United States Attorney in the Eastern District of New York and a "Big Brother" to Yusef Salaam, received a call from Ms. Salaam requesting him to go to the 20th Precinct.  This call was made after Ms. Hatcher called.

At 11:05 p.m., Detective McKenna was informed that Yusef Salaam was upstairs in the Sex Crimes Office.  He went upstairs and met Detective Taglioni and Salaam.  Taglioni introduced Detective McKenna and advised Salaam that Detective McKenna would be interviewing him.

McKenna noticed that Salaam was fiddling nervously with a card and he asked to see it.  It was the transit card with Salaam's name, address, and date of birth--(2/27/73)-- on the back.  McKenna asked, "Is this you?", and Yusef said "Yes."

Detective Hall entered the room early in the interview.

After the discussion about the transit card, Detective McKenna told Salaam that they were conducting an investigation into an assault on a young woman in Central Park the night before.  He told Salaam that the woman was in very serious condition at Metropolitan Hospital.

He then began to read Salaam his <u>Miranda</u> rights. Initially, Salaam shook his head affirmatively in response, but Detective McKenna told him he could not hear him and requested that he say yes or no to the warnings.  As the detective continued reading Salaam his rights, Salaam responded "Yes" to each.  After the rights were read, Detective Taglioni left the office.

At approximately 11:10 p.m., Marilyn Hatcher, Yusef's aunt, her fiance, Vincent Jones, and his son Keith arrived at the precinct.  They entered the precinct together and Hatcher informed the police that she was there to see Yusef Salaam.  She was directed to the second floor, where she spoke to a detective and said she wanted to see Yusef Salaam.  There followed a discussion in which they were told that they could not see Yusef; only a parent or guardian could.

Meanwhile, Detective McKenna continued to interview Salaam.  Having obtained a waiver from Salaam of his <u>Miranda</u> rights, Detective McKenna asked Salaam if he would tell him what had happened.  Salaam answered that he didn't know what McKenna was talking about and hadn't been in Central Park.

Detective McKenna advised Salaam that he had conducted a number of interviews that day and that Salaam had been implicated by other persons.  He also told Salaam that, from among those people who had been interviewed, some had been released and some arrested.  He added, "because you've been implicated, it's quite possible you could be arrested.  But it's also possible you could be released, depending on what you have to tell me."  Salaam again denied being present in the park.

Detective McKenna told Salaam that they had fingerprints on the jogging pants of the victim and that if his fingerprints were on them they wouldn't need him to tell them anything further. He would compare (the prints) and if his prints were on the pants, he was "going down for the rape." Salaam said, "I didn't rape her. I was there but I didn't rape her." McKenna then said, "Okay. I just want you to tell me what happened. If you were there, you can tell me what happened; and if you didn't rape her, that's okay, too, but you have to tell me what happened." Detective McKenna told Salaam he wanted it from the beginning. Salaam then recounted what happened.

At approximately 11:25 p.m., Nocenti arrived at the precinct.  He recognized Marilyn Hatcher and she told him that they had been inside the precinct but had not been allowed to s Salaam because they were not immediate family.  Nocenti said he would go inside and find out what was going on.

Inside the precinct he approached an officer sitting a desk and stated he was a friend of the Salaam family and an attorney.  He was told to wait and the officer exited through a door.

Assistant District Attorney Linda Fairstein, was present in the precinct assisting in the investigation, and a detective located her and told her that there was an attorney downstairs for Yusef Salaam.

Fairstein told Sergeant Cleeve that she was going downstairs to meet with the lawyer, and she asked Cleeve to get the detective who was working with Salaam.

Within a minute or two, Detective Taglioni appeared ar informed her that Detective McKenna was talking to Salaam. Taglioni handed her a steno pad which he had obtained from McKenna which had the beginning of McKenna's notes of his conversation with Salaam.

The notes were one page in length and included Salaam' name, address, date of birth and a description beginning with Yusef hitting the jogger over the head with a pipe, that she wen down, that he hit her again with the pipe, and then started to describe a sexual assault by other participants on the woman jogger.  Fairstein handed the notes back to Detective Taglioni and then went downstairs with Sergeant Cleeve and Captain Rowe t

meet Nocenti.  They introduced themselves and Nocenti said he wa

there on behalf of the Salaam family.  Nocenti indicated he was

not there in his capacity as an attorney or his official capacit

as an Assistant United States Attorney but as a friend of the

family.

A.D.A. Fairstein took issue with Mr. Nocenti's presenc

at the precinct.  She raised ethical issues and indicated to him

that she wanted to call his supervisor.  Nocenti denied that he

was representing a suspect in a criminal inquiry.  He insisted h

was there to help.

At approximately 11:40 p.m. he was told that because h

was not immediate family and did not represent Yusef, he would

have to leave.  He went back outside the precinct and told

Hatcher and the Joneses that he had not been able to see Salaam.

Yusef Salaam's mother arrived at the precinct minutes

later and saw Hatcher, Vincent Jones and Nocenti.  They told her

they had tried but had been unable to see Salaam.

Together they entered the precinct.  The same officer

Nocenti had spoken to before was still at the desk.  He was

informed that Ms. Salaam had arrived.  They were instructed to

wait.

ADA Fairstein entered the room and met Ms. Salaam.  She

asked if she could see her son  and was told that he was being

questioned by detectives and as soon as the questioning was

finished, she could see him.

Ms. Salaam indicated that she wanted to speak to

Nocenti alone.  The group of four went outside.

David Nocenti never told anyone at the precinct that Yusef was fifteen nor did he hear Ms. Salaam tell anyone that he was fifteen.

Between 12:00 and 12:15 a.m. on April 21, Mrs. Salaam reentered with Hatcher and Mr. Jones but not Nocenti. She approached ADA Fairstein and said she wanted to ask some questions. ADA Fairstein explained to her that discussions were to be with immediate family only. After clarifying their relationships, Fairstein said she would prefer that Mr. Jones left and he did.

Ms. Salaam again asked to see her son, to which Fairstein repeated that he was being questioned but that she could see him as soon as the detectives questioning was completed. Ms. Salaam insisted, saying, "I want to see him now. He's a minor."

ADA Fairstein replied that her son had been advised of his rights; he was talking to the police, and she could see him when he was finished. Ms. Salaam then said, "He's 15 years old, I want to see him."

ADA Fairstein expressed surprise and asked Ms. Salaam if she had any form of ID to prove he was fifteen. Then she told Ms. Salaam to wait while she got the detectives and resolved the issue. Immediately she asked Captain Rowe to send someone upstairs to get either the detective who was questioning Salaam or the detective who had brought him to the station house.

49

Detectives Taglioni and Hall came downstairs within minutes and were introduced to Ms. Salaam.  Detective Taglioni told them they could call him Tag.  Ms. Salaam indicated concern for her son, and Detective Taglioni reassured her.  He said to her, "We're upstairs.  They're talking to him right now."  Ms. Salaam said, "Well, they shouldn't be talking to him because he's only 15 years old."

Detective Taglioni told her Yusef had showed them proof that he was sixteen.  She insisted he was only fifteen.

At that point, ADA Fairstein told Detective Taglioni to get someone upstairs to stop the questioning.  Taglioni went up himself and asked Detective McKenna, who was still talking to Yusef, to step out of the room.  He then advised McKenna that Yusef Salaam might only be fifteen years of age, and that an attorney was downstairs but he didn't know if the attorney was representing him.  This interruption of McKenna by Taglioni was within five mintues of the conversation with Ms. Salaam.

Detective McKenna stepped back into the room and asked Salaam if the ID card which he had seen earlier was his.  Salaam said it was.  McKenna then asked  Yusef how old he was and Salaam said fifteen.  Detective McKenna asked Salaam why the date of birth on the ID card reflected sixteen eyars of age and if he knew how to count.  Salaam answered that he put sixteen

down "for the girls."

Detective McKenna broke off conversation with Salaam at that point. He stepped outside the room and conferred briefly with Detective Taglioni. He then came back into the room and told Salaam he wanted the transit card from him. He then told Salaam it was 12:30 a.m. and asked him to sign the rights card, which Salaam did. McKenna and Hall signed it also, and McKenna put down the date April 21, 1989 and the time 00:30.

While Detective Taglioni was upstairs with Detective McKenna, Assistant District Attorney Fairstein had waited in the lobby area briefly. Minutes later she saw Ms. Salaam outside mingling with friends or family of another suspect. Mr. Nocenti was talking with them also. Assistant District Attorney Fairstein asked a detective to bring Mr. Nocenti inside. They had another discussion in which she asked him if he was giving legal advice, and he said he was just answering questions. After further discussion and an admonition Nocenti went back outside.

Within a minute, Ms. Salaam came back inside and told Assistant District Attorney Fairstein they wanted a lawyer and were going to get one for her son. Fairstein noted that the time was 12:30 a.m.

Minutes later, Detective Taglioni came downstairs after speaking to Detective McKenna and told Ms. Salaam that Yusef would not be interviewed any further. Ms. Salaam asked if she could talk to her son. Detective Taglioni conferred with his superiors and permission was given.

He went upstairs and took Yusef down to the first floor. Salaam was not handcuffed.  Yusef and his mother then spoke for about ten minutes.  At approximately 1:10 a.m. Detective Taglioni brought him back upstairs.

At 12:30 a.m. on April 21, Detective Hartigan commenced the Kharey Wise interview in the sex crimes room with Detective Nugent present.  Wise was not handcuffed.

Detective Hartigan began by introducing himself and Detective Nugent.  He told Wise that his name had been mentioned in connection with Central Park and they wanted to talk with him about the incident.  The detective then asked Wise how old he was, and he said sixteen.  Hartigan read Wise his Miranda rights.  After each right, Wise answered, "Yes."  He did not ask for an attorney, parent, or guardian.

After speaking for one hour, Detective Hartigan advised Wise he was going to put the statement in writing.  He told him that he should state in his own words what had happened, that Hartigan would write it down, and then Wise could sign it.

Kharey agreed to that procedure.  Detective Hartigan told him to take his time and to go "step by step."  When they finished, Hartigan placed the statement in front of Wise and read it to him, underlining every word with his finger as Wise read along.  Hartigan, Nugent, and Wise then signed the statement.

When the interview was concluded close to 3:00 a.m., Detective Hartigan left and Detective Nugent asked Wise two questions: one, what had he done with the clothes he had been wearing; and the second concerned statements Wise had earlier made

about a fire he had seen at the 102nd Street Cross Drive.  Wise told him he washed his clothes and sneakers when he went home that evening.  He also amplified on the location of the fire.

Before Nugent left Wise, he asked Kharey if he wanted anything and Kharey asked for, and was given, two glasses of milk. At about 12:55 a.m. on April 21, Antron McCray gave a videotaped statement in Room 101 of the 24th Precinct.[2]  Present in addition to the defendant were his parents, Detectives Hildebrandt and McCabe, and Assistant District Attorney Lederer. Prior to the interview McCray received his Miranda rights.  That interview concluded at 1:30 a.m.

At 2:00 a.m. Raymond Santana and his father were driven by Detectives Sheehan  and Jonza from the 20th to the 24th Precinct.  Upon arrival, they entered Room 101 where Raymond was to make a videotaped statement.  Present in addition to Raymond were his father, and Detectives Sheehan and Arroyo.

At the interview Assistant District Attorney Lederer read him his <u>Miranda</u> rights and he waived them.  The interview began at 2:30 and concluded at approximately 3:00 a.m.  Fifteen minutes later a video was made of the clothing Santana was wearing on the night of April 19th.

---

2. After the Santana statement to Detective Sheehan was completed, it was decided to move  to the 24th Precinct for any video statements, because an issue arose that the juvenile room used in the 20th precinct had not been formally designated for that purpose even though a proposal had been submitted to so designate it.  [see footnote 1]

At about 3:30 a.m., Steven Lopez, after waiving <u>Miranda</u> rights, gave a videotaped statement at the 24th Precinct. The questioning was conducted by Assistant District Attorney Lederer with defendant's parents and Detective Arroyo[3] present. The statement concluded at 4:11 a.m.

Just prior to midday on April 21st at the 24th Precinct, Detective Gonzalez took clothing from Steven Lopez after his father brought fresh clothing to the precinct.

_____

3.  Arroyo was certain that he had advised Assistant District Attorney Lederer, prior to the Lopez video, that Steven's father had said, after his son's written statement, that he didn't want any more questioning of his son. Ms. Lederer could not stipulate that Arroyo had so advised her. Detective Hartigan had no recollection of having spoken to the District Attorney about the incident.

At 3:45 a.m., Detectives Sheehan and Jonza left the 24th Precinct and drove Raymond Santana and his father to the Santana residence on East 119th Street to get Raymond some fresh clothes.

On the way, the detectives went by 102nd Street and the Cross Drive and stopped at the crime scene.

Detective Sheehan asked Raymond and his father to exit the car. He then asked Raymond if he could show them "some of the pertinent sites, in particular, where the woman was grabbed and where the rape took place."

Raymond pointed to a general area north of the Cross Drive which was heavily wooded and which began to slope down to a ravine. They walked 20-30 feet into the woods, but Raymond indicated it was too dark for him to point out anything of significance.

After no more than twenty minutes at the crime scene, they left the 102nd Street Drive and continued to East 119th Street. At the Santana residence Raymond spoke to his father as to the whereabouts of certain items of clothing he wanted to wear. The father went inside for about fifteen minutes and came out with the clothing and something to eat and drink for his son. Mr. Santana and Raymond then said goodbye, and Sheehan, Jonza and Raymond returned to the 24th Precinct.

When they returned to the precinct Raymond changed his clothes in the presence of Detective Sheehan and turned them over to him. Sheehan took Raymond upstairs and seated him at a desk. Sheehan and Jonza brought the clothing to the 20th Precinct, where

they gave it to Detective Gonzalez. They then returned to the 24th Precinct.

Between 4:00 and 5:00 a.m., Yusef Salaam was taken out of his cell at the 20th Precinct for transference to the 24th. He was wearing a jacket which Gonzalez had been told to voucher because it had stains on it. Salaam was instructed to take off the jacket and he handed it to the detective.

At 4:50 a.m., after receiving and waiving his Miranda rights, Kevin Richardson gave a videotaped statement to ADA Lederer at the 24th Precinct. Present were his father Paul Richardson and Detective Hartigan. The statement concluded at 5:25 a.m.

At approximately 7:00 a.m., Detectives Jonza and Sheehan had a conversation with ADA Fairstein concerning the feasibility of visiting the crime scene during the daylight hours and taking one or more defendants with them.

Pursuant to this and prior to leaving the 24th Precinct, Detective Sheehan spoke to Kevin Richardson who was, at the time, seated with members of his family. Sheehan read Kevin his Miranda rights in the presence of his family. Richardson answered "Yes" to each right.

Detective Sheehan also spoke to Kevin's father and advised him that he wanted to take Kevin to Central Park in the daylight. The father said nothing at that point.

ADA Fairstein also spoke to Mr. Richardson after being told by Detective Sheehan who he was. Their conversation did not last more than two minutes.  She told Mr. Richardson that they wanted to go to the park and would like his consent for Kevin to come with them and that the father was entitled to come if he wanted to.

ADA Fairstein also told him they were not going to the crime scene to ask any new questions or to do an interrogation. Rather, they were going to try to put statements that had been made together with locations at the crime scene.

Mr. Richardson said it would be all right if they took Kevin to the crime scene, but that he would wait at the precinct with other family members.

Fairstein then had a conversation with Wise; he was seated by himself.  She introduced herself and indicated that she was interested in going with him and the detectives back to the park to look at the area where the crime had occurred.  She then read him his Miranda rights, concluding each right with the question  "Do you understand that?"  Wise said "Yes" in response to each right.  ADA Fairstein then said to him, "Having heard everything I just said to you, are you willing to answer my questions now?"  Wise said "Yes."  The ADA went on to explain that Wise would be asked only a few questions about where he claimed to have been when the jogger was attacked, after which they would return to the precinct so that ADA Lederer could question him further.

They travelled to the Cross Drive at 102nd Street in an

unmarked car.   Detective Sheehan was driving with ADA Fairstein next to him and Detective Jonza in the back between Wise and Richardson.[4]

They stopped the car on the West 102nd Street Cross Drive.   Richardson was asked to step out of the car.   Detective Sheehan asked Richardson if anything looked familiar to him and Richardson pointed to an area in the roadway and said, "This is where we got her."

No other questions were asked of him at that point.

Richardson was sent back to the car and Wise walked over to where Fairstein and Sheehan were standing.   Detective Sheehan asked Wise essentially the same question he had asked Richardson and Wise pointed to the roadway and said, "This is where they snatched her."   Sheehan asked Wise where he had been and Wise pointed south of the roadway to an area where there are ballfields.   Wise said he had been running from the ballfields when they "snatched" her.

They all got back in the car and were directed by a uniformed officer at the scene  to a location off the roadway, down a steep incline north of the transverse.

---

4.   In testifying about this trip to the crime scene, Detective Sheehan and ADA Fairstein are in agreement on the substantive events that occurred at the crime scene; however they part company in the sequence of stops in the park and in the order in which Richardson and Wise were called out of the car.   Indeed, they have different versions of who was in their car on the way to the crime scene.   I credit the testimony of Ms. Fairstein on this issue.

The uniformed officer pointed out an indentation in the mud where the female jogger's body and some of her clothes had been found.  Sheehan and Fairstein walked about a third of the way up the slope.  They encountered a large tree, surrounded by leaves and branches, and a great deal of what appeared to be dried blood.

Detective Sheehan called to Jonza to send Richardson up to them.  Jonza, Wise, and Richardson all got out of the car.  Jonza stayed with Wise next to the car, and Richardson walked the 30-40 feet to Sheehan and Fairstein.

In response to Sheehan's question, "Does anything here look familiar to you?", Richardson pointed to an area northwest of a large tree and said, "This is where it happened."  Detective Sheehan asked, "What happened?" and Richardson replied, "the raping."

Detective Sheehan then asked Jonza to send Kharey Wise over.  Wise and Richardson passed each other going in opposite directions.

As Wise approached Sheehan and Fairstein they could hear Wise muttering out loud, "Damm, damm, that's a lot of blood.  Damm, this is really bad, that's a lot of blood."

Neither Sheehan nor Fairstein had asked him a question.

Wise kept repeating statements about the blood and Detective Sheehan interjected, "Why does that surprise you?"  Wise answered, "I knew she was bleeding but I didn't know how bad she was.  It was really dark, I couldn't see how much blood there was at night".  Detective Sheehan followed with a question as to

whether Wise was familiar with the area and Wise started to answer, "This is where _we_" and he stopped himself and finished, "_they_ raped her."

Sheehan asked, "What happened here?  Why is there so much blood here?"  and Wise answered, "This is where they dragged her."  Again he started to say "we" and changed it to "they".

Wise had earlier stated that he was present when the rape occurred but was hiding behind a tree.  Wise was then asked by Sheehan which tree he had been hiding behind.  Wise looked around but could not find a tree that supported the position and angle from which he had seen events.  No further conversations were held with Kharey Wise at that location.  They returned to the car, drove back to the roadway and were leaving the park when ADA Fairstein asked Wise if he had seen Antron McCray breaking lights with a pipe at a construction site on 96th Street.  He said he had.  She asked him if he could show them that location and he directed Detective Sheehan to an apartment building surrounded by scaffolding on the northwest corner of 96th Street and Central Park West.  On the right side of the building every third or fourth light bulb was broken.

They returned to the 24th Precinct about 8:00 a.m.

Kevin Richardson was taken to the crime scene a second time at about 8:30 a.m. Mr. Richardson again consented.

Kevin went with Detectives Hartigan and Nugent. Detective Nugent brought the car below the transverse road.  They

60

got out of the car and walked to the location where a large quantity of dried blood was concentrated. As they walked around the area, Richardson described how they had come from the ballfield and chased the female jogger eastbound on the transverse.

Detective Hartigan asked Kevin about an inconsistency between a statement he had made on videotape and his earlier oral and written statements. The changed version concerned how he had received the scratch on his face; i.e., in his oral and written statements Richardson had said he had gotten scratched when he tried to grab the jogger, but in the video statement he said he had gotten scratched while the woman was on the ground. Hartigan made an entry in his memo book and asked Richardson to sign and acknowledge that he had changed his statement on the video to "clarify" it. Richardson said he would rather talk to his father first. The detective later forgot to ask Kevin and his father about this entry.

They were at Central Park on this occasion for about an hour before returning to the 24th Precinct.

Detective Hartigan then decided to re-interview Kharey Wise because, although Wise had admitted being in the park, significant discrepancies existed in his statement; e.g., Wise had indicated he had been in the park with Eddie de la Paz -- a person everyone else had indicated was not there.

The second interview began at 9:20 a.m. Detective Hartigan did not give Wise <u>Miranda</u> warnings a second time.

The detective told Wise that certain information had been brought to their attention and he knew Wise was not telling him the truth.  Hartigan enumerated one such apparent falsehood, i.e., that Wise left the park and went home to bed.  He asked that Wise tell him the truth and indicated to Wise that others were telling the truth and, in doing so, implicating him.

At times during this interview, Detective Hartigan raised his voice, "out of frustration", but he did not call Kharey names, threaten him or curse him.  Wise told Detective Hartigan that what he had said up to a certain point was the truth but the rest was not--it was "made up."

Kharey indicated that everything after the part in the statement about the cab driver was different.  Wise said that, unlike what was contained in the statement, he had gone further into the park and that he and Eddie de la Paz had been running in the dark when they saw a female being attacked.

Detective Hartigan then prepared another written statement.  He wrote it out in Wise's words and used, verbatim, that portion of the first statement which he said was true.

62

He then placed the statement in front of Wise and read to out loud, moving his finger along under the words.  At the conclusion, both Wise and Detetive Hartigan signed it.

Following the conclusion of the second interview with Wise, between 10:00 and 11:00 a.m., detective Hartigan went to the residence of Eddie de la Paz and interviewed him in the presence of his mother.  De la Paz told him he was not in the park on the night of April 19.  Rather, he was in front of his building when he saw Kharey Wise coming out of the park by himself and he was "scared."

After obtaining that information, Detective Hartigan returned to the 24th Precinct.  When he arrived, Wise was being videotaped.  The Wise video began at 12:35 p.m. with ADA Lederer and Clements and Detective Nugent present.  Miranda rights were given to Kharey.

Detective Hartigan gave a note to the ADA conducting the questioning to the effect that he had just talked to de la Paz and de la Paz had said he was not with Wise the previous evening.

After the video was completed, at about 2:00 p.m. Detective Hartigan brought Wise into the cell block area of the 24th Precinct.  They were alone.  Hartigan told Wise he had just spoken to de la Paz and that Eddie had denied being with him in the park that evening.

Wise, who was standing with his back against the cells, slumped.  Then he said, "You don't understand.  He's my blood. He"s supposed to swear by everything I said."

Detective Hartigan continued the conversation, saying, "Kharey, the girl is in critical condition. She's likely to die. It's almost two days later. Everybody is out there talking about it and thinking about it. Do you think Eddie is going to put himself in a position where he's going to be involved in a homicide?"

With that, Wise slumped further and slid down the cell bars to the floor. Detective Hartigan asked him to get up and he walked Wise to the far wall in the back of the room. They sat on the floor together and talked. Detective Hartigan told Wise he had been lying and had left himself out of events he had participated in. He said to Wise, "Put yourself in the position of a juror sitting on the bench . . . If you heard a person come in and tell three different stories . . . would you believe what you are saying?"

Wise answered "No". Detective Hartigan then asked him "what are we going to do about this?" Wise said, "I want to tell the truth. Detective Hartigan asked Wise if he would be willing to do another video statement and he said he would.

Arrangements were made and, at 3:15 p.m., Wise gave a second videotaped statement. He again received and waive his Miranda rights. ADA Lederer and Detectives Hartigan and Arroyo were present.

On April 21, 1989, at 1:00 p.m., Detectives Kelly, McKenna, and Freck were directed to the residence of Michael Briscoe on Madison Avenue. They were to speak to him and

ascertain what he had witnessed. They were also to request that he go back with them to he 24th Precinct so that he could be interviewed.

They knocked on the door of the Briscoe apartment and were admitted by an elderly woman. Detective Kelly told her he was a detective and wanted to speak to Michael. She said that Michael had gone to a drug store on 116th Street and Lexington Avenue.

The detectives left and waited downstairs for him. After a few minutes they decided to drive to 116th Street and try to find him.

At 116th Street and Lexington Avenue, the detectives were on the west side of the street when one of them spotted a young man standing in front of a pharmacy whom they thought might be Briscoe.

Detectives Freck and Kelly walked over to him and Kelly asked him if he was Michael Briscoe. Briscoe answered "Yes". Detective Kelly told Briscoe he was from the homicide squad and said they would like to speak to him about the incident in Central Park. He asked Michael if he would come back to the precinct with them and he agreed.

Briscoe entered the police car and sat in the back with Detective Freck. None of the detectives had their guns out and Briscoe was not searched. No conversation took place as they drove to the 24th Precinct.

Once there they took Briscoe into the interview room. Detective Kelly sat down with him and again told him they were interested in investigating the incidents in Central Park and were looking for some help.

At 1:15 p.m., Detective Kelly read Briscoe his <u>Miranda</u> rights. Briscoe answered "Yes," in response to the respective rights and agreed to answer questions.

Detective Kelly began by obtaining pedigree information and Briscoe said he was seventeen years old.

When Detective Kelly asked Michael what had happened in the park on April 19, Briscoe gave Kelly a sequence of events and a list of people who were with him.

His first statement took between twenty and thirty minutes. After the first statement, Detective Kelly told Briscoe that he wanted to commit the statement to writing. He asked Briscoe if he would like to write it out, or if Detective Kelly should; and Michael said Kelly should.

In the written statement, Detective Kelly began to ask more specific questions as to times, exact places, and names while Briscoe again told the sequence of events. The process of writing the statement took approximately thirty to forty-five minutes.

Towards the end of the interview with Briscoe, Detective John Hartigan came into the room and had a brief conversation with him. Hartigan said, "Mike, this isn't the end of the world, tell Detective Kelly the truth. This will all work out." Briscoe did not respond to Hartigan.

After Detective Hartigan left, Kelly continued to take the statement.

At some point, shortly prior to the completion of the interview, Briscoe expressed a desire to call his grandmother. Detective Kelly agreed and asked if he wanted to do it then or wait. He said He would wait.

After concluding the writing at about 2:45 p.m. Detective Kelly read the statement to Briscoe and they made some changes where it was incorrect. Michael Briscoe and Detective Kelly then signed it.

Detective Kelly left the 24th Precinct at approximately 7:30 p.m., to report back to Manhattan North before going off duty. Later, Detective Kelly remembered that he had not provided Briscoe the opportunity to call his grandmother. He made a phone call to the 24th Precinct between 8 and 8:30 p.m., and spoke to Detective Joseph Neenan. Kelly told Neenan that he had promised Briscoe a phone call and asked if Neenan would give him that call.

Detective Neenan went into the precinct detective squad RIP office where Briscoe was sitting and asked him if he would like to make a phone call. Briscoe was brought to a phone by Neenan and Neenan then placed a call to the grandmother. When she answered, Detective Neenan spoke to her and then handed the phone to Briscoe. Neenan heard Michael say to his grandmother, "They think I may be involved in the other thing that happened in the park . . . that's why I'm here."

67

Early that evening, between 6:30 and 7:00 p.m., Neenan had occasion to take Yusef Salaam to the bathroom. Salaam asked him, "How much time do you think I'd be looking at for what --- happened." Neenan told him "it would depend on his involvement and it would be ultimately up to the judge to decide."

A video statement of Michael Briscoe was taken after he received and waived his Miranda rights at 12:45 a.m., on April 22.

Approximately one half hour later, in the coffee room of the 24th Precinct, Detective Hartigan asked Briscoe to describe the clothing he had been wearing on April 19 in the park and if they might obtain it. Briscoe had no objection and he and Detective Hartigan signed a statement indicating permission. A portion of the statement concerning efforts to get Briscoe's underwear was added after signing but then crossed out.

Briscoe told Detective Hartigan where his clothes were, in the apartment and Detective Victor Cornetta was assigned to retrieve them. Briscoe confirmed to Detective Cornetta that he had signed the form and and gave Cornetta the name and phone number of his grandmother. The detective placed a phone call to the grandmother. After apologizing for the late hour, he handed the phone to Michael, who made arrangements for Cornetta to get the clothes.

Detective Neenan accompanied Detective Cornetta to the home of the grandmother, where they were invited in and given a down jacket, a black sweatshirt, one pair of burgundy pants and one pair of black and gray sneakers. The detectives then left the apartment and returned to the 24th Precinct.

On April 21st, between 6:00 p.m., and 9:00 p.m., while Detective Sheehan was on the second floor of the 24th Precinct, he observed Salaam, Richardson, Wise, Santana and Lopez in the holding cell. He could hear laughing and loud talk from that area. He was directed by a supervisor to tell them to "keep quiet." Sheehan went to the cell area. He could hear Wise talking to someone and there were exchanges of handshakes and high five's. They quieted down after Sheehan spoke to them.

ADA Fairstein was at the 24th Precinct about 10:30 p.m., on April 21, when she observed Wise, Lopez, Richardson, Santana, McCray, and Salaam talking in the holding pen.

Wise was laughing and asking, "Did you tell them the one about the guy who was jogging and said you want to race?" Someone in the cell who could not be identified was also laughing and said, "Yeah. I told them that one too, it was really funny." This was followed by a lot of laughter from the pens.

A half hour later Detective Nugent heard laughter and whistling coming from the same cell. Nugent walked toward the cell and observed Santana, Lopez and Wise standing in the front of the cell with their arms sticking through the bars. Amidst the cat-calls and whistling, he heard comments such as "nice legs" and "nice ass" to a female detective, who was nearby

wearing a tight-fitted dress.  Santana and Lopez were observed
whistling but the person or persons who spoke the words could not
be identfied.  Nugent heard five to six voices.  The detective
informed the defendants that the precinct was not a "funhouse"
and they should "sit down" and "shut up."  He had words, in
particular, with Steven Lopez, who confronted Nugent in the front
of his cell and initially refused to sit down.  Nugent told Lopez
he had two choices--either he was going to sit down or Nugent was
going to sit him down.  Lopez sat down.