UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re McCray, Richardson, Santana, Wise and Salaam Litigation

NOTICE OF APPEARANCE

03 Civ. 9685 (DAB) (RLE)

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Andrew Myerberg, hereby appears as an additional counsel of record on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants.

Dated: New York, New York
       June 22, 2010

> MICHAEL A. CARDOZO
> Corporation Counsel
>     of the City of New York
> *Attorney for Defendants*
> 100 Church Street, Rm. 3-135
> New York, New York 10007
> (212) 788-0869
>
> By:  _____/s/_____
>      ANDREW MYERBERG
>      Assistant Corporation Counsel
>      Special Federal Litigation Division

Cc:  Karen Dippold, Esq.
     Myron Beldock, Esq.
     Beldock Levine & Hoffman LLP (by E.C.F.)
     *Attorneys for the Salaam Plaintiffs*
     99 Park Avenue, Suite 1600
     New York, New York 10016

Jane Byrialsen, Esq.
David Fisher, Esq.
Fisher & Byrialsen, PLLC (by E.C.F.)
*Attorneys for the Wise Plaintiffs*
291 Broadway, Suite 709
New York, New York 10007

David P. Kreizer, Esq.
Fusco & Macaluso, LLC (by E.C.F.)
*Attorneys for the Wise Plaintiffs*
150 Passaic Avenue
Passaic, New Jersey 07055

Jonathan C. Moore, Esq.
Sofia Yakren, Esq.
Beldock Levine & Hoffman LLP (by E.C.F.)
*Attorneys for McCray, Richardson & Santana Plaintiffs*
99 Park Avenue, Suite 1600
New York, New York 10016

Michael W. Warren, Esq.  (by E.C.F.)
Evelyn W. Warren, Esq.
*Attorneys for McCray, Richardson & Santana Plaintiffs*
580 Washington Avenue
Brooklyn, New York 11238

Roger S. Wareham, Esq.  (by E.C.F.)
*Attorney for the McCray, Richardson & Santana Plaintiffs*
394 Putnam Avenue
Brooklyn, New York 11216

Patricia Jean Bailey, Esq.
Susan C. Roque, Esq.
New York County District Attorney's Office (by E.C.F.)
One Hogan Place
New York, New York 10013