UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re McCray, Richardson, Santana, Wise and Salaam Litigation

**DECLARATION OF ANDREW MYERBERG**

03 Civ. 9685 (DAB) (RLE)

----------------------------------------------------------------X

  Andrew Myerberg, an attorney duly admitted to practice in the United States District Court for the Eastern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. §1746 that the following is true and correct:

  1. I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense of this matter. As such I am familiar with the facts and circumstances stated herein. I submit this declaration to place the pertinent records before this Court in support of defendants' motion for reconsideration pursuant to Local Civil Rule 6.3 of the Southern and Eastern Districts of New York.

  2. Annexed hereto as Exhibit "A" is a true and correct copy of the transcript of the telephonic status conference held in this matter on December 6, 2010. This transcript memorializes the Court's ruling declining to apply the deliberative process privilege to the personal opinions, recommendations and deliberations of personnel assigned to the New York City Police Department's ("NYPD") reinvestigation into the 1989 arrests which ultimately gave rise to this litigation.

  3. Annexed hereto as Exhibit "B" is a true and correct copy of defendants' letter application, dated November 23, 2010. In this letter application, defendants moved the Court to

uphold the application of the deliberative process privilege to the personal opinions, recommendations and deliberations of personnel assigned to the NYPD's reinvestigation.

4. Annexed hereto as Exhibit "C" is a true and correct copy of plaintiffs' letter application dated November 23, 2010. In this letter application, plaintiffs sought to oppose the application of the deliberative process privilege to the personal opinions, recommendations and deliberations of the personnel assigned to the NYPD's reinvestigation.

Dated:       New York, New York
             December 20, 2010

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the
                                  City of New York
                                *Attorney for Defendants*
                                100 Church Street, Room 3-135
                                New York, New York 10007
                                (212) 788-0869

                            By:   _____
                                Andrew Myerberg
                                Assistant Corporation Counsel
                                Special Federal Litigation

                                Elizabeth M. Daitz
                                Senior Counsel
                                Special Federal Litigation Division

TO:   Karen Dippold, Esq. (via E.C.F.)        Myron Beldock (via E.C.F.)
      Jane Byrialsen, Esq. (via E.C.F.)       David Fisher, Esq. (via E.C.F.)
      Michael Warren, Esq. (via E.C.F.)        David Kriezer, Esq. (via E.C.F.)
      Evelyn Warren, Esq. (via E.C.F.)         Jonathan C. Moore, Esq. (via E.C.F.)
      Alissa Boshnak, Esq. (via E.C.F.)        Roger Wareham, Esq. (via E.C.F.)

| |
|---|
| Docket No 03 CV 9685 (DAB) (RLE) |
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| In re McCray, Richardson, Santana, Wise and Salaam Litigation |
| **DECLARATION OF ANDREW MYERBERG** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street, Room 3-135*<br>*New York, New York 10007*<br><br>*Of Counsel: Andrew Myerberg*<br>*Tel: (212) 788-0869* |
| Due and timely service is hereby admitted.<br><br>New York, N.Y. .................................................................................. , 20.....<br><br>............................................................................................................ Esq.<br><br>Attorney for ............................................................................................ |