# BELDOCK LEVINE & HOFFMAN LLP

## 99 PARK AVENUE

### NEW YORK, N.Y. 10016-1503

ELLIOT L. HOFFMAN
MYRON BELDOCK
BRUCE E. TRAUNER*
PETER S. MATORIN
KATHERINE G. THOMPSON
CYNTHIA ROLLINGS
JONATHAN MOORE*▲
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
JONATHAN K. POLLACK
VERA M. SCANLON
HENRY A. DLUGACZ

TEL: (212) 490-0400
FAX: (212) 557-0565
WEBSITE: blhny.com

LAWRENCE S. LEVINE (1934-2004)

COUNSEL
MARJORY D. FIELDS

REF: 3191.022

WRITER'S DIRECT DIAL:

ALSO ADMITTED IN:
*CALIFORNIA
▲ILLINOIS
*FLORIDA

March 23, 2011

**BY E-MAIL & REGULAR MAIL**
edaitz@law.nyc.gov

Elizabeth M. Daitz, Esq.
Assistant Corporation Counsel
New York City Department of Law
100 Church Street – Room 3-218
New York, New York 10007

Re: In re McRay, Richardson, Santana, Wise and Salaam Litigation
03 Civ. 9685 (DAB)(RLL)

Dear Ms. Daitz:

Supplementing plaintiffs' list of Bates numbered documents to which you have asserted privilege and to which we object, I attach Exhibit G, which covers documents, which as far as we can determine from your privilege log, were created by non-parties to this action, and Exhibit H, which covers documents created by parties to this action.

Very truly yours,

Myron Beldock
On Behalf of All Plaintiffs' Counsel

MB:mc

cc: ACC Elizabeth W. Dollin, Esq (By E-Mail)
ACC Jessica Cohen, Esq. (By E-Mail)
ACC Andrew Myerberg, Esq. (By E-Mail)
ACC Genevieve Nelson, Esq. (By E-Mail)

BELDOCK LEVINE & HOFFMAN LLP

Jonathan C. Moore, Esq. (By E-Mail)
Karen Dippold, Esq. (By E-Mail)
Michael W. Warren, Esq. (By E-Mail)
Evelyn W. Warren, Esq. (By E-Mail)
Roger S. Wareham, Esq. (By E-Mail)
Jane Byrialsen, Esq. (By E-Mail)
David N. Fisher, Esq. (By E-Mail)
David P. Kreizer, Esq. (By E-Mail)
Alissa Boshnack, Esq. (By E-Mail)
Marc Cannan (By E-Mail)
Janice Badalutz (By E-Mail)

Exhibit G

**EXHIBIT G:**

NYC038843-38854
NYC035625-35645
NYC032852
NYC049321-49326
NYC066998-67085
NYC067088
NYC067089-67093
NYC067095-67100
NYC067101-67119
NYC067122-67249
NYC067392-67396

Exhibit H

**EXHIBIT H:**

NYC056269-56271
NYC056273-56276
NYC056306-56317
NYC056319
NYC056320-56327
NYC056819-56944
NYC056945-56947
NYC056948-57036
NYC057038-57057
NYC057113-57115
NYC022782-22805
NYC022833
NYC022838
NYC022867-22885
NYC023018-23019
NYC023123
NYC023125-23127
NYC023516-23551
NYC023558-23576
NYC023577
NYC023578-23674
NYC023647-23657
NYC023658-23666
NYC023667-23669
NYC023670-23755
NYC023757
NYC023758-23881
NYC023771-23881