UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| In re McCray, Richardson, Santana, Wise and Salaam Litigation | **NOTICE OF MOTION FOR RECONSIDERATION**<br><br>03 Civ. 9685 (DAB) (RLE) |

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Philip R. DePaul in Support of Defendants' Motion for Reconsideration dated December 15, 2011 and Memorandum of Law of the same date, defendants will move this Court, before the Honorable Roland L. Ellis, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, for an order pursuant to Local Civil Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting reconsideration of the Opinion and Order of the Court in the above-referenced action dated November 22, 2011, together with such other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civil Rule 6.1(b), opposition papers, if any, are due on or before December 29, 2011.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 6.1(b), reply papers, if any, are due on or before January 5, 2012, and the motion shall be fully briefed at that time.

Dated:   New York, New York
         December 15, 2011

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel of the
                                      City of New York
                                    *Attorney for Defendants*
                                    100 Church Street, Room 3-178
                                    New York, New York 10007
                                    (212) 788-0823

                                    By:   _____
                                          PHILIP R. DePAUL
                                          Assistant Corporation Counsel
                                          Special Federal Litigation Division

TO:      Karen Dippold, Esq. (via E.C.F.)      Alissa Boshnack, Esq. (via E.C.F.)
         Myron Beldock, Esq. (via E.C.F.)      Roger Wareham, Esq. (via E.C.F.)
         Jane Byrialsen, Esq. (via E.C.F.)     David Fisher, Esq. (via E.C.F.)
         Michael Warren, Esq. (via E.C.F.)     Jonathan C. Moore, Esq. (via E.C.F.)
         David Kriezer, Esq. (via E.C.F.)      ADA Patricia Bailey (via E.C.F.)
         Evelyn Warren, Esq. (via E.C.F.)      ADA Susan Roque (via E.C.F.)
         Deloris Wise, plaintiff *pro se* (via first class mail)

Docket No. 03 Civ. 9685 (DAB) (RLE)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re McCray, Richardson, Santana, Wise and Salaam Litigation

**NOTICE OF MOTION FOR RECONSIDERATION**

**MICHAEL A. CARDOZO**
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, N.Y. 10007

Of Counsel: Philip R. DePaul
Tel: (212) 788-0823

*Due and timely service is hereby admitted.*

*New York, N.Y. ........................................, 201......*

*................................................................ Esq.*

*Attorney for.............................................................*