UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

    MCCRAY, *et al*.

Civil Action No. 03-cv-9685 (DAB) (RLE)

### NOTICE OF MOTION OF NON-PARTY FLORENTINE FILMS TO QUASH SUBPOENA SERVED BY DEFENDANTS

**PLEASE TAKE NOTICE** that upon the Declaration Of John Siegal, dated November 7, 2012, and the exhibits annexed thereto, the Declaration Of Sarah L. Burns, dated November 7, 2012, the Declaration Of Kenneth L. Burns, dated November 7, 2012, and the Memorandum Of Law In Support Of Non-Party Florentine Films' Motion To Quash Subpoena Served By Defendants, dated November 7, 2012, non-party Party Florentine Films respectfully moves the Court pursuant to Rule 45, Fed. R. Civ. P., for the entry of an order quashing the Amended Subpoena In A Civil Case, dated October 2, 2012, served by defendants.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6.1(a)(2) of the Local Civil Rules of this Court, papers in opposition to this motion, if any, shall be served upon the undersigned on or before November 19, 2012.  Pursuant to Rule 6.1(a)(3) of the Local Civil Rules of this Court, any reply papers shall be served on or before November 26, 2012.

Dated: November 7, 2012

BAKER & HOSTETLER LLP

By: /s/ John Siegal
John Siegal (JS-1036)

45 Rockefeller Plaza
New York, New York  10111
Telephone: 212.589.4200
Facsimile: 212.589.4201

*Attorneys for Non-Party Movants
Florentine Films*