UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/31/13

IN RE MCRAY, RICHARDSON, SANTANA, WISE,
AND SALAAM LITIGATION

ORDER

03 Civ. 9685 (DAB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

**IT IS HEREBY ORDERED** that the Parties shall appear for a status conference before the undersigned on **February, 19, 2013, at 2:30 p.m.** in the **Ceremonial Courtroom**, located on the **9th Floor.**

**SO ORDERED this 31st day of January 2013**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge