UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re McCray, Richardson, Santana, Wise, and
Salaam Litigation

03-CV-9685 (DAB)(RLE)

[PROPOSED]
ORDER FOR FILING
DOCUMENTS UNDER SEAL

------------------------------------------------------------X

**WHEREAS,** Counsel for Korey Wise has requested to file a motion containing personal and sensitive medical and psychological information under seal;

**WHEREAS,** any response to the above-referenced motion and resulting proceedings will also contain personal and sensitive medical information,

**IT IS HEREBY ORDERED,** that Fisher, Byrialsen & Kreizer, PLLC be permitted to file a motion for deposition accommodations under seal, all related responses shall be filed under seal, and all related proceedings shall be held in a closed court room.

New York, New York
February 6, 2013

SO ORDERED:

_____
HONORABLE RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-13