

**T**HE **C**ITY OF **N**EW **Y**ORK

**L**AW **D**EPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**ELIZABETH M. DAITZ**
*Senior Counsel*
(212) 356-3412 (telephone)
(212) 788-9776 (fax)
*edaitz@law.nyc.gov*

May 20, 2014

**BY ECF**
Honorable Ronald L. Ellis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    In re McCray, et al. Litigation
                 03 Civ. 9685 (DAB) (RLE)

Your Honor:

       I am a Senior Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and one of the attorneys assigned to the defense of this matter. Defendants write on behalf of all parties, in compliance with the Order dated April 24, 2014, to jointly advise the Court that good faith settlement negotiations continue, and that the parties are making progress.

       In light of the continuing progress toward a resolution of this matter, the parties jointly request that the stay be continued for 30 days, that discovery be extended a corresponding 30 days, and that the status conference scheduled for June 3, 2014, be temporarily adjourned *sine die*.

       Thank you for your time and consideration.

                                  Respectfully submitted,

                                  /s/

                                Elizabeth M. Daitz
                                Senior Counsel
                                Special Federal Litigation Division

cc:  Alissa Boshnack, Esq. (by E.C.F.)   Jonathan C. Moore, Esq. (by E.C.F.)
 Jane Fisher-Byrialsen, Esq. (by E.C.F.)   Joshua S. Moskovitz, Esq. (by E.C.F.)
 David Fisher, Esq. (by E.C.F.)   David Kriezer, Esq. (by E.C.F.)
 Myron Beldock, Esq. (by E.C.F.)   Michael Warren, Esq. (by E.C.F.)
 Karen Dippold, Esq. (by E.C.F.)   Evelyn Warren, Esq. (by E.C.F.)
 Marc A. Cannan, Esq. (by E.C.F.)   Roger Wareham, Esq. (by E.C.F.)