UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re McCRAY, et al, Litigation                         03-cv-09685 (DAB) (RLE)

_____


## MOTION TO INTERVENE AND OPPOSE
## THE UNSEALING OF CERTAIN DISCOVERY MATERIAL

Upon the Memorandum in Support of the Motion to Intervene and Oppose the Unsealing of Discovery Documents, dated September 12, 2014, and all prior papers and proceedings in this action, The New York State Department of Corrections and Community Supervision moves to intervene and for an order denying the unsealing of material under confidentiality designations in this litigation, to the extent requested in the Memorandum of Law, and granting such other and further relief as this Court deems just and proper.

Dated: New York, New York
       September 12, 2014

                                        s/ Thomas J. Goetz
                                        _____
                                        Thomas J. Goetz, Esq.
                                        Office of the Counsel
                                        New York State Department of Corrections and
                                        Community Supervision
                                        1220 Washington Avenue
                                        Albany, NY  12226-2050
                                        (518) 457-4951; (518) 457-7555 (fax)
                                        Thomas.Goetz@doccs.ny.gov


To:    Counsel of Record
       (all by ECF)